Paul D. MORRIS, Appellant,

v.

Robert H. FINCH, Secretary of Health, Education, and Welfare, Appellee.

No. 14437.

United States Court of Appeals, Fourth Circuit.

Nov. 20, 1970.

Franklin W. Kern, Charleston, W. Va., on the brief, for appellant.

Warren Upton, U. S. Atty., and Robert B. King, Asst. U. S. Atty., on the brief, for appellee.

Before BRYAN, WINTER and CRAVEN, Circuit Judges.

PER CURIAM:

Disability insurance benefits and the award of a period of disability under 42 U.S.C. §§ 423 and 416(i) were denied Paul D. Morris by the Secretary of Health, Education and Welfare, and the claimant brought this action for a review and reversal of this decision. Summary judgment in dismissal of the suit was ordered by the District Court. On appeal we affirm upon the opinion of the presiding judge. Morris v. Finch, Secretary, 319 F.Supp. 818 (D.C.S.D.W.Va. 1969).

Affirmed.

CLARK EQUIPMENT COMPANY et al., Plaintiffs-Appellees,

v.

ARMSTRONG EQUIPMENT COMPANY et al., Defendants-Appellants.

No. 28725.

United States Court of Appeals, Fifth Circuit.

Dec. 7, 1970.

William G. West, Jr., Birmingham, Ala., Sirote, Permutt, Friend & Friedman, Morris K. Sirote, Birmingham, Ala., of counsel for appellants.

James C. Barton, Charles L. Robinson, Birmingham, Ala., Deramus & Johnston, Birmingham, Ala., of counsel, for appellees.

Before JONES, WISDOM and COLEMAN, Circuit Judges.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

OPINION

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied, 5 Cir., 1970, 431 F.2d 54.